# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROCHELLE GRAND | CIVIL ACTION |
| VERSUS | |
| TOWER HILL PRIME INSURANCE COMPANY | 23-1139-SDD-EWD |

## JUDGMENT

For the written reasons previously assigned:

*Judgment* is hereby entered in favor of Defendant, Tower Hill Prime Insurance Company, and against Plaintiff, Rochelle Grand. Plaintiff's lawsuit is dismissed with prejudice.

Baton Rouge, Louisiana, this 2nd day of April, 2024.

_____
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIA**